# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**January 16, 2024**

**Via ECF**



Hon. Katherine Polk Failla, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

<u>**Re: Rodriguez v. Balenciaga America, Inc.**</u>
**Case No: 23-CV-06695 (KPF)(OTW)**
**Motion for Extension of Time**

Dear Judge Failla:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the deadline for Plaintiff to file his motion for settlement approval to January 23, 2024. This request is being made because some additional time is needed to finalize the settlement agreement, etc. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,


Abdul Hassan Law Group, PLLC
  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**

1

Application GRANTED.  Plaintiff shall file his motion for settlement approval on or before **January 23, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

```
Dated:    January 17, 2024         SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE